UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

---

**THOMAS E. FAIR.**
**DONNA K. FAIR,**
    **Plaintiffs,**
    v.                                                                 Case No.: 3:22-cv-00101

**TRAVEL CENTERS OF AMERICA, LLC,**
d/b/a Travelcenters of America, Inc.
a/k/a TA Operating, LLC
d/b/a Petro Stopping Centers
    **Defendants.**

---

**STIPULATION FOR DISMISSAL OF FEDERAL COURT ACTION
TO PROCEED IN STATE COURT AS FILED**

---

On December 30, 2021, a civil personal injury lawsuit was timely commenced and filed in the State of Wisconsin, Circuit Court of Columbia County, Case No. 21 CV 327, for damages suffered by Thomas E. Fair and Donna K. Fair stemming from injuries sustained by Thomas Fair at the Petro Stopping Center in Portage, Columbia County, Wisconsin on January 1, 2019.

In light of the above, **IT IS HEREBY STIPULATED** and agreed to by and between the parties that the above-captioned action in the U.S. District Court, Western District of Wisconsin, be dismissed without prejudice and without costs to any party, and that the case may be continued in the State of Wisconsin, Circuit Court of Columbia County.

|  |  |
|---|---|
|  | HAGGERTY & SILVERMAN, PC |
|  | Attorney for Plaintiffs in U.S. District Court |
|  | *Electronically signed by* |
| Dated: _____3/24/22_____ | *Randall M. Justice* |
|  | Randall M. Justice |
|  | CPF# 14060600002 |
|  | 240 N. Duke St. |
|  | Lancaster, PA 17601 |
|  | 717-397-3200 |
|  | randall@haggertylaw.com |

                                                       COYNE, SCHULTZ, BECKER & BAUER, S.C.
                                                       Attorney for Defendants

Dated: 3/28/2022                 *Electronically signed by Amy F. Scholl*

                                                       Amy F. Scholl
                                                       WI State Bar No. 1030772
                                                       150 E. Gilman St., Suite 1000
                                                       Madison, WI 53703
                                                       608-255-1388
                                                       ascholl@cnsbb.com